NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

January 30, 2023

**ERRATA**

———————————

Appeal No. 2021-2225

**PETER VAN DERMARK,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

———————————

Decided:  January 23, 2022
Precedential Opinion

———————————

Please make the following change:

On page 24, line 8: "1724(b)" is changed to "1724".